# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCE PAY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>FVF DISTRIBUTORS, INC., ET AL.,<br><br>                    Defendants. | Case No.:  20-cv-00517-MMA-RBM<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(c)-(d) of the Local Rules, an Early Neutral Evaluation Conference ("ENE") and Case Management Conference was held on **August 26, 2020**. The case did not settle.   The parties requested a second session of an Early Neutral Evaluation Conference ("ENE") to be scheduled.

**IT IS HEREBY ORDERED** that a second **ENE** of this case is scheduled to convene on **October 14, 2020**, at **9:30 a.m.** before United States Magistrate Judge Ruth Bermudez Montenegro of the Southern District of California, United States Courthouse, 2003 W. Adams Ave., El Centro, CA 92243.   Although the Court typically requires personal attendance of all parties, party representatives, including claims adjusters for insured parties, and primary attorney(s) responsible for the litigation, due to the COVID-19 public emergency **the ENE shall convene through the Zoom video conferencing platform**. The Court will use its official Zoom video conferencing account to hold the ENE.   Prior to

1

the start of the ENE, the Court will e-mail each ENE participant an invitation to join a Zoom video conference. For further instructions regard Zoom video conferencing expectations, consult section seven of this Court's Notice and Order Resetting (1) Early Neutral Evaluation Conference and (2) Rule 26 Compliance and Case Management Conference (Doc. 35 at 5-7). If circumstances relating to the COVID-19 public emergency improve before the scheduled date, the Court will notify the parties that it will conduct the ENE in person.

As to case management, the following Scheduling Order applies. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.    Pursuant to the parties' stipulation at the ENE and pursuant to FED. R. CIV. P. 26(a)(1), the parties must produce all documents that the disclosing party has in its possession, custody, or control and that it may use to support its claims or defenses on or before **September 25, 2020**.

2.    Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **October 7, 2020**.

3.    All fact discovery must be completed by all parties by **February 12, 2021**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel must file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no**

1   **stipulation continuing or altering this requirement will be recognized by the Court.**

2   4.    The parties must designate their respective experts in writing by **March 12,**
3   **2021**.  The parties must identify any person who may be used at trial to present evidence
4   pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.  This requirement is
5   not limited to retained experts.  The date for exchange of rebuttal experts must be by **March**
6   **26, 2021**.  The written designations must include the name, address and telephone number
7   of the expert and a reasonable summary of the testimony the expert is expected to provide.
8   The list must also include the normal rates the expert charges for deposition and trial
9   testimony.

10   5.    By **April 23, 2021**, each party must comply with the disclosure provisions in
11   Rule 26(a)(2)(B) and (C) of the Federal Rules of Civil Procedure.  This disclosure
12   requirement applies to all persons retained or specially employed to provide expert
13   testimony, or whose duties as an employee of the party regularly involve the giving of
14   expert testimony.  **Except as provided in the paragraph below, any party that fails to**
15   **make these disclosures will not, absent substantial justification, be permitted to use**
16   **evidence or testimony not disclosed at any hearing or at the time of trial.  In addition,**
17   **the Court may impose sanctions as permitted by FED. R. CIV. P.  37(c).**

18   6.    Any party must supplement its disclosure regarding contradictory or rebuttal
19   evidence under FED. R. CIV. P. 26(a)(2)(D) by **May 14, 2021**.

20   7.    All expert discovery must be completed by all parties by **June 11, 2021**.  The
21   parties must comply with the same procedures set forth in the paragraph governing fact
22   discovery.

23   8.    Failure to comply with this section or any other discovery order of the Court
24   may result in the sanctions provided for in FED. R. CIV. P. 37, including a prohibition on
25   the introduction of experts or other designated matters in evidence.

26   / / /
27   / / /
28   / / /

20-cv-00517-MMA-RBM

9.  All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **July 30, 2021**.[1]  Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk.  The period of time between the date you request a motion date and the hearing date may vary from one district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

10.  If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 8, supra, Judge Anello will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines.  The parties must review and be familiar with Judge Anello's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.

11.  A Mandatory Settlement Conference will be conducted on **July 21, 2021** at **9:30 a.m.** in the chambers of Magistrate Judge Ruth Bermudez Montenegro.  Counsel or any party representing himself or herself must submit confidential settlement briefs directly to the magistrate judge's chambers by **July 9, 2021**.  All parties are ordered to read and fully comply with the Chambers Rules of the assigned Magistrate Judge.

**OR**

12.  The parties are **ORDERED** to contact the Chambers of Magistrate Judge Ruth Bermudez Montenegro within three days of the Court's ruling on a dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 9, *supra*, to schedule a Mandatory Settlement Conference.

13.  A post-trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14.  The dates and times set forth herein will not be modified except for good cause

---

[1] This deadline is not applicable to pretrial motions *in limine*.  For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.

1    shown.

2       15.    Briefs or memoranda in support of or in opposition to any pending motion

3    must not exceed twenty-five (25) pages in length without leave of a district court judge.

4    No reply memorandum will exceed ten (10) pages without leave of a district court judge.

5    Briefs and memoranda exceeding ten (10) pages in length must have a table of contents

6    and a table of authorities cited.

7       16.    Plaintiff's counsel must serve a copy of this order on all parties that enter this

8    case hereafter.

9       **IT IS SO ORDERED**.

10   DATE: August 27, 2020

11

12                                 HON. RUTH BERMUDEZ MONTENEGRO
                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28