UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCE PAY, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>FVF DISTRIBUTORS, INC., et al.,<br><br>                     Defendants. | Case No.: 3:20-cv-517-MMA-RBM<br><br>**ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER**<br><br>**[Doc. 50]** |

On March 8, 2021, Plaintiff Produce Pay, Inc. ("Plaintiff") and Defendants FVF Distributors, Inc. and F. David Avila (collectively "Defendants") filed a Joint Motion for Extension of Deadlines and Entry of Amended Scheduling Order, wherein the parties request the Court to stay its November 6, 2020 First Amended Schedule Order (Doc. 47). (Doc. 50.) The request to stay is predicated upon Plaintiff's Motion for Order Enforcing Settlement Agreement and for Judgment, which will be fully briefed as of March 26, 2021. (*Id.* at 1-2.) Good cause shown, the parties' joint motion is **GRANTED** and the Court's November 6, 2020 Scheduling Order is stayed while the Motion for Order Enforcing Settlement Agreement is pending a ruling.

/ / /

/ / /

/ / /

**IT IS SO ORDERED**.

DATE: March 9, 2021

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE