UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PRODUCE PAY, INC., | Case No.: 3:20-cv-517-MMA-RBM |
|---|---|
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO** |
| v. | **PROVIDE STATUS REPORT** |
| FVF DISTRIBUTORS, INC., et al., | |
| Defendants. | |

On September 13, 2021, Plaintiff Produce Pay, Inc. ("Plaintiff") filed a motion to for judgment against Defendants FVF Distributors, Inc. ("FVF") and F. David Avila ("Avila") (collectively "Defendants" or "FVF Defendants") pursuant to California Code of Civil Procedure § 664.6 ("Motion"). (Doc. 62.) Plaintiff seeks entry of a final judgment in the amount of $47,947.50, which is inclusive of the terms of Plaintiff and Defendants' written, executed settlement agreement and Plaintiff's request for attorney's fees and costs. (Doc. 62 at 1-2; *see also* Doc. 48-2 at 15-18).

For clarity, the undersigned provides a brief summary of the case's procedural history. This case settled at an early neutral evaluation conference on October 14, 2021. (Doc. 55 at 2.) The parties executed a Settlement Memorandum of Understanding ("MOU"), the terms of which were placed on the record. (*Id.*) Pursuant to the MOU, Defendants agreed to pay Plaintiff $40,000.00 in installments until July 13, 2021. (*Id.* at 3

1

1   (citing Doc. 48-2 at 9, sec. 1).)  The parties subsequently executed a long-form settlement

2   agreement with an October 15, 2020 signature date ("Settlement Agreement").  (*Id.* (citing

3   Doc. 48-2 at 15-18).)  Ultimately, Defendants did not perform pursuant to the terms of the

4   Settlement Agreement, and on February 23, 2021, Plaintiff filed a motion seeking to

5   enforce the Settlement Agreement. (Doc. 48.)  On May 18, 2021, the undersigned issued

6   a Report and Recommendation ("R&R"), recommending, in part, that the Court grant

7   Plaintiff's motion and award attorney's fees to Plaintiff's counsel in the amount of

8   $2,250.00. (Doc. 55 at 11.)  In the Court's June 9, 2021 Order, District Judge Michael M.

9   Anello adopted the R&R to the extent that it found the Settlement Agreement valid and

10   binding under California law, and to the extent that it found the Agreement provided for

11   the recovery of attorney's fees incurred in enforcing the Agreement. (Doc. 56 at 2.)

12       On September 16, 2021, counsel for Defendants filed a combined Motion to

13   Withdraw as Counsel pursuant to Civil Local Rule 83.3 and a Notice of Suggestion of

14   Death ("Notice") pursuant to Federal Rule of Civil Procedure 25(a). (Doc. 63.)  According

15   to the Declaration of John F. Lenderman in support of the Notice, Defendant Avila passed

16   away on August 26, 2021. (Doc. 63-1 at 1, ¶ 2.)  The Declaration of Lenderman further

17   provides that Defendant Avila was the controlling officer as to any corporation. (*Id.* at 2,

18   ¶ 6.)  Although the Declaration makes a general reference that Avila is survived by a wife

19   and son, the Notice does not formally identify Defendant Avila's successors or

20   representatives nor does it state whether these individuals were properly served with the

21   Notice in the manner provided for in Federal Rule of Civil Procedure 4. *See* FED. R. CIV.

22   P. 25(a)(1)-(3); *see also Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994) (noting that

23   the party filing a statement of notice of death must serve the statement upon nonparty

24   successors or representatives of the deceased in the manner provided in Rule 4 for service

25   of summons).

26       At this juncture, the Court is reluctant to issue a report and recommendation on the

27   pending motion to for judgment against Defendants until: (1) a decision is rendered on the

28   pending motion for withdrawal (Doc. 63); and (2) a good-faith attempt to identify

Defendant Avila's successors or representatives and effect service on them as provided herein is on file with the Court.

In light of the Statement of Notice of Death (Doc. 63), the undersigned finds it appropriate to **ORDER** Plaintiff to provide a status report as follows:

1.     Pursuant to Federal Rule of Civil Procedure 25(a), on or before **October 1, 2021**, Plaintiff must file a status report outlining its intention to substitute parties, if any. The report must not exceed five (5) pages.

**IT IS SO ORDERED**.

DATE: September 17, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

3