# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCE PAY, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FVF DISTRIBUTORS INC. et al.,<br><br>　　　　　　　　Defendants. | Case No. 20-cv-517-MMA (RBM)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[Doc. No. 63] |

On September 16, 2021, John F. Lenderman filed a motion to withdraw as counsel of record for Defendants FVF Distributors Inc. and F. David Avila ("Defendants"). The Court directed Mr. Lenderman to file a supplemental declaration establishing his entitlement to withdraw under, and compliance with, the Civil Local Rules. *See* Doc. No. 64. Mr. Lenderman timely filed a supplemental declaration. *See* Doc. No. 66.

Mr. Lenderman explains that on August 26, 2021, Mr. Avila—both an individual defendant and FVF Distributors's only controlling officer—passed away. *See* Doc. No. 63-1 at ¶¶ 2–3. According to his supplemental declaration, Mr. Lenderman has properly notified Mr. Avila's spouse of the pending motions, including his motion to withdraw, in accordance with Civil Local Rule 83.3.f.3.a–b. *See* Doc. No. 66 at 1. Mr. Lenderman also explains that—in addition to Mr. Avila's death making it unreasonably difficult to effectively carry out his legal responsibilities—he has never

received compensation and is owed a significant amount of money.  *See id.* at 2.  The motion is unopposed to date.

Having reviewed the motion and supporting documents, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the docket of this action accordingly.  Further, the Court notes that as Mr. Avila is deceased, he can no longer proceed *pro se* and FVF Distributors, as a corporation, cannot proceed pro se by some other representative.  *See* CivLR 83.3.j.  Accordingly, the Court **DIRECTS** Defendants to obtain counsel and file a notice of appearance on the docket on or before **November 12, 2021**.  The Court further **DIRECTS** Mr. Lenderman to serve a copy of this Order on Mr. Avila's spouse and any other survivors or representatives of his clients.

**IT IS SO ORDERED**.

Dated:  October 5, 2021

HON. MICHAEL M. ANELLO
United States District Judge