UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCE PAY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FVF DISTRIBUTORS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-517-MMA-RBM<br><br>**ORDER:**<br><br>**(1) DIRECTING PLAINTIFF TO SERVE MOTION FOR JUDGMENT UPON DEFENDANT ESTELLA MEDELLIN BARRAZA**<br><br>**(2) SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR JUDGMENT** |

On September 13, 2021, Plaintiff Produce Pay, Inc. ("Plaintiff") filed a motion for judgment against Defendants FVF Distributors, Inc. ("FVF") and F. David Avila ("Mr. Avila") pursuant to California Code of Civil Procedure § 664.6 ("Motion for Judgment"). (Doc. 62.) Plaintiff seeks entry of a final judgment in the amount of $47,947.50, which is inclusive of the terms of Plaintiff and Defendants' written, executed settlement agreement and Plaintiff's request for attorney's fees and costs. (Doc. 62 at 1–2; *see also* Doc. 48–2 at 15–18.)

Mr. Avila passed away on August 26, 2021. (*See* Doc. 63–1 at 1, ¶ 2.) As outlined in the undersigned's September 17, 2021 Order, the Court held its ruling on the Motion for

1

Judgment in abeyance to allow the parties time to identify Mr. Avila's successors or representatives and effect service of upon them. (Doc. 65 at 2–3.)

On January 3, 2022, Plaintiff filed a motion to substitute Mr. Avila's surviving spouse—Estella Medellin Barraza—in his place as defendant pursuant to Federal Rule of Civil Procedure 25(a).[1] (Doc. 75.) On February 15, 2022, the Court granted the motion to substitute Defendant Avila for Ms. Estella Medellin Barraza. (Doc. 78.) Pursuant to a February 23, 2022 minute order, the Court directed the Clerk of Court to serve a copy of the February 15, 2022 order on Ms. Barraza via U.S. Mail Service at her address, 2325 Element Way, Unit 1, Chula Vista, California 91915. (Doc. 80.)

In light of Ms. Barraza's substitution as a Defendant (Doc. 78), **IT IS HEREBY ORDERED**:

1. Plaintiff Produce Pay is **ORDERED** to serve its Motion for Judgment on Defendant Estella Medellin Barraza pursuant to Federal Rule of Civil Procedure 5 and file a proof of service within **seven (7) days** from the date of this Order.

2. Defendant FVF[2] and Defendant Estella Medellin Barraza's responses to the Motion for Judgment must be filed within **thirty (30) days** from the date of this Order, and Plaintiff Produce Pay's reply must file be filed **fourteen (14) days** thereafter. Unless the Court directs otherwise, this matter shall be resolved without oral argument.

**IT IS SO ORDERED**.

DATE: March 3, 2022

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

---

[1] This was a renewed motion, as the Court denied Plaintiff's October 21, 2021 motion to substitute because it was not properly served on Ms. Barraza. (*See* Docs. 71, 74.)

[2] Defendant FVF has yet to obtain counsel and, as a corporation, may not proceed pro per or by some other non-attorney representative. *See* CivLR 83.3.j; *see also* Doc. No. 68 (directing Defendants to obtain counsel and file a notice of appearance by November 12, 2021).